IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOAN LORENCE, | ) | |
| | ) | Civil Action No. 09-728 |
| Plaintiff, | ) | |
| | ) | Judge Lancaster |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

AND NOW, this 11th day of Jan, 2010, it is hereby **ORDERED** that the above-captioned case is dismissed with prejudice. This case is now **CLOSED**.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE